**21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA**

**STATE OF LOUISIANA**

NO. 2015-0002286                                                                                   DIVISION "C"

**DEBRA WARREN**

**VERSUS**

**LIBERTY MUTUAL FIRE INSURANCE COMPANY AND MURPHY OIL USA, INC.**

FILED: _____AUG 1 7 2015_____                    s/TAMMY COTTON
                                                                          _____
                                                                          DEPUTY CLERK

**MOTION AND ORDER FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, come defendants, Murphy Oil USA, Inc. and Liberty Mutual Fire Insurance Company, and move the Court for an extension of time within which to respond to plaintiff's Petition, and in support, respectfully suggest that defendants were served on August 3, 2015; that responsive pleadings are therefore due on August 18, 2015; that additional time is needed to investigate this claim; that this is the first extension of time requested; that the defendants request an additional 30 days, or until September 17, 2015, within which to gather information to properly respond to plaintiff's Petition; and that this extension will not delay trial of this matter.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Extension be granted, allowing Murphy Oil USA, Inc. and Liberty Mutual Fire Insurance Company an additional 30 days or until September 17, 2015, within which to respond to plaintiff's Petition.

Signed this _18_ day of _August_, 2015, in Amite, Louisiana.

                                                            s/ROBERT H. MORRISON III
                                                            _____
                                                            JUDGE

2015 AUG 17 AM 9:48

Exhibit "A"


## CT Corporation

**Service of Process Transmittal**
08/03/2015
CT Log Number 527579622

TO: John Moore, General Counsel/Corp Secretary
Murphy USA Inc.
200 Peach St.
El Dorado, AR 71730

**RE:** Process Served in Louisiana

**FOR:** MURPHY OIL USA, INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Debra Warren, Pltf. vs. Liberty Mutual Fire Insurance Company and Murphy Oil USA Inc., Dfts.

**DOCUMENT(S) SERVED:** Citation, Petition

**COURT/AGENCY:** 21st Judicial District Court, Parish of Tangipahoa, LA
Case # 20150002286

**NATURE OF ACTION:** Personal Injury - Slip/Trip and Fall - On or about August 11, 2014 - Plaintiff sustained injury due to slipping hazard property located at 2805 West Thomas Street, City of Hammond, Parish of Tangipahoa, LA

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Baton Rouge, LA

**DATE AND HOUR OF SERVICE:** By Process Server on 08/03/2015 at 09:10

**JURISDICTION SERVED:** Louisiana

**APPEARANCE OR ANSWER DUE:** Within 15 days after the service hereof

**ATTORNEY(S) / SENDER(S):** Jon M. Yeager
Yeager Lanasa Tauzier, LLC
107 South Cherry Street
Hammond, LA 70403
985-340-9969

**ACTION ITEMS:** CT has retained the current log, Retain Date: 08/04/2015, Expected Purge Date: 08/09/2015
Image SOP
Email Notification, John Moore john.moore@murphyusa.com
Email Notification, Greg Smith greg.smith@murphyusa.com
Email Notification, Mark Wilson Mark.wilson@murphyusa.com

**SIGNED:** C T Corporation System
**ADDRESS:** 5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808
**TELEPHONE:** 225-922-4490

Page 1 of 1 / RK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

## CITATION

DEBRA WARREN

Versus

LIBERTY MUTUAL FIRE INSURANCE COMPANY, ET AL

Case: 2015-0002286
Division: C
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

BY

To: MURPHY OIL USA INC
THRU AGENT: CT CORPORATION SYSTEM
5615 CORPORATE BLVD., STE 400B
BATON ROUGE, LA 70808

Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney JON M YEAGER and was issued by the Clerk of Court on July 27, 2015.

<u>Pleading Served</u>

PETITION FOR DAMAGES

S/BARBARA YERBY

Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $_____
Mileage     $_____          By: _____
Total       $_____              Deputy Sheriff

PREPAID

[ SERVICE ]

**Service**

| | | |
|---|---|---|
| DEBRA WARREN | * | 21st JUDICIAL DISTRICT |
| VERSUS | * | PARISH OF TANGIPAHOA |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND, MURPHY OIL USA INC. | * | STATE OF LOUISIANA 2015-0002286 DOCKET NO. Div. |
| FILED: JUL 24 2015 | | DEPUTY CLERK: BARBARA YERBY |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, **DEBRA WARREN**, being of the full age of majority and a resident of the Parish of Tangipahoa, State of Louisiana, who respectfully represents:

I.

The named Defendants in connection herewith are as follows:

A) **LIBERTY MUTUAL FIRE INSURANCE COMPANY**, a foreign corporation authorized to do and doing business in the State of Louisiana; and

B) **MURPHY OIL USA, INC.** (hereinafter known as "Murphy Oil"), a foreign corporation authorized to do and doing business in the State of Louisiana.

II.

The named Defendants are indebted to your Petitioner as a result of the injuries sustained in the following described incident.

III.

On or about August 11, 2014, Petitioner, Debra Warren, was a patron at the Murphy Oil located at 2805 West Thomas Street, City of Hammond, Parish of Tangipahoa, State of Louisiana.

IV.

At the time and place of the accident a slippery substance was located on the ground of the Murphy Oil, which caused Plaintiff, Debra Warren, to fall and injure herself.

V.

The substance created an unreasonable risk of harm in way of the slipping hazard.

VI.

The substance was located on the ground of the Murphy Oil for such a length of time that

Murphy Oil either knew or should have known of the unreasonable risk of harm this substance created.

### VII.

Petitioner avers that there were insufficient warnings and/or other safety measures taken by Murphy Oil to alert petitioner of the presence of the slipping hazard.

### VIII.

Petitioner avers that Murphy Oil's inspection, maintenance, and/or cleaning procedures were deficient and or inadequate on the date of loss.

### IX.

Plaintiff's accident was a reasonably foreseeable consequence as a result of the slipping hazard.

### X.

The aforementioned incident and the resulting injuries to plaintiff were proximately caused by the negligence of defendant, Murphy Oil, and their agents and employees, consisting of the following non-exclusive particulars:

1. Failure to properly maintain a safe premises;
2. Failure to adequately remedy a known safety hazard;
3. Failure to properly warn patrons of a hazardous condition;
4. Failure to properly and regularly inspect the premises for potentially dangerous conditions;
5. Failure to properly train its employees;
6. Any such other acts and omissions as will be revealed at trial, all of which were in contravention of the exercise of due care, prudence, and the laws of the state of Louisiana, all of which are specifically pleaded herein as if and though copied *in extenso*.

### XI.

As a result of the aforementioned incident and the acts of negligence Murphy Oil, Plaintiff sustained severe and debilitating injuries.

XII.

Petitioner, Debra Warren, seeks reasonable compensation for the following damages, which were caused and/ or incurred as a direct result of this incident, including, but not limited to, the following:

    A.    Past, present and future physical pain and suffering;

    B.    Past, present and future mental anguish and emotional pain;

    C.    Past, present and future medical expenses;

    D.    Loss of the enjoyment of life (hedonic damages); and

    E.    Other injuries and damages which will be shown at trial.

XIII.

Under the doctrine of respondeat superior, and/or under theories of agency, defendant, Murphy Oil is vicariously liable for the negligent acts of its employees and for the damage Petitioner suffered therefrom

XIV.

Upon information and belief, on or about August 11, 2014, Defendant, Murphy Oil USA, Inc., was protected by a policy of insurance issued by Liberty Mutual Fire Insurance Company, which provided coverage for the damages sued upon herein.

WHEREFORE, Petitioner, Debra Warren, prays that after all due proceedings are had, that there be judgment in her favor and against the Defendants, Liberty Mutual Fire Insurance Company and Murphy Oil USA, Inc., for reasonable damages with judicial interest from date of judicial demand until paid, for all costs of these proceedings and for all general and equitable relief awardable under these premises.

Respectfully submitted

YEAGER LANASA TAUZIER, LLC

JON M. YEAGER, LSBA NO. 27148
ANTHONY V. LANASA, JR., LSBA NO. 28114
MARK G. TAUZIER, LSBA NO. 28778
107 South Cherry Street
Hammond, Louisiana 70403
Telephone (985) 340-9969
Facsimile (985) 340-9968
ATTORNEY FOR PETITIONER,
DEBRA WARREN

**PLEASE SERVE:**

LIBERTY MUTUAL FIRE INSURANCE COMPANY
*Through its registered agent for service of process:*
LOUISIANA SECRETARY OF STATE
8585 Archives Ave.
BATON ROUGE, LA 70809

MURPHY OIL USA, INC.
*Through its registered agent for service of process:*
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

STATE OF LOUISIANA
PARISH OF TANGIPAHOA      JUL 2 4 2015
S/BARBARA YERBY
that this document is a true and correct
original thereof, consisting of ___ pages,
reproduction thereof from the record.
the undersigned, in accordance with
Revised Statute...